IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JAKE BARTLETT,                          )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )    CIV. ACT. NO. 3:15cv577-ECM
                                        )              [WO]
SHERIFF JAY JONES,                      )
                                        )
        Defendant.                      )

# **O R D E R**

On August 8, 2018, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 28). After an independent and *de novo* review of the record, and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

(1) The United States Magistrate Judge's Recommendation (doc. # 28) be and is hereby ADOPTED.

(2) Defendant's motion to dismiss, or in the alternative, motion for summary judgment (docs. # 9 and 12) be and are hereby GRANTED.

(3) Costs are taxed against Plaintiff for which execution may issue.

An appropriate Judgment will be entered.

DONE this 31st day of August, 2018.

                    _____/s/ Emily C. Marks_____
                    EMILY C. MARKS
                    UNITED STATES DISTRICT JUDGE